No. 90–651. PLUNKETT ET AL. *v.* FEDERAL DEPOSIT INSURANCE CORPORATION, RECEIVER OF FIRST INTERSTATE BANK OF ALASKA, ET AL. C. A. 9th Cir. Certiorari denied.

No. 90–658. GREEN DRUGS ET AL. *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 90–670. DFW METRO LINE SERVICES *v.* SOUTHWESTERN BELL TELEPHONE CO. C. A. 5th Cir. Certiorari denied.

No. 90–679. CHENEY RAILROAD CO., INC. *v.* INTERSTATE COMMERCE COMMISSION ET AL. C. A. D. C. Cir. Certiorari denied.

No. 90–682. KELLY *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 90–687. POLK *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 90–689. KRAUS *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 90–5116. MEITINGER *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 90–5140. PRICE *v.* HARDY. C. A. D. C. Cir. Certiorari denied.

No. 90–5161. JOHNSON *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 90–5199. COODY *v.* THOMAS, WARDEN. C. A. 11th Cir. Certiorari denied.

No. 90–5295. TWINE *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 90–5321. PERRIS *v.* CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 90–5363. POLLACK *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.